UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED
Rule 16 Conference Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

**RULE 16 CONFERENCE HELD**
Date: 10/15/03

OCTOBER 15, 2003

1:30 p.m.

CASE NO.   3-03-cv-427 Arthur v Perkinelmer
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNSEL OF RECORD:

| | |
|---|---|
| Eugene N. Axelrod | Employment Law Group, 8 Lunar Dr., Woodbridge, CT 203-389-2991 |
| Sarah Moore Fass | Day, Berry & Howard, One Canterbury Green, Stamford, CT 203-977-7300 |
| Felix J. Springer | Day, Berry & Howard, Cityplace, Hartford, CT 860-275-0100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

ALL PERSONS ENTERING THE COURTHOUSE MUST SHOW PHOTO IDENTIFICATION.