119. Defendant denies the allegations contained in Paragraph 119 of Plaintiff's Complaint.

120. Defendant admits the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121. Defendant denies the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122. Defendant denies the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123. Defendant denies the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124. Defendant denies the allegations contained in Paragraph 124 of Plaintiff's Complaint.

**COUNT THREE:    BREACH OF IMPLIED CONTRACT**

Defendant repeats its responses to Paragraphs 1 through 57 of Plaintiff's Complaint and incorporates the same as if fully set forth herein.

125. Defendant denies the allegations contained in Paragraph 125 of Plaintiff's Complaint.

126. Defendant denies the allegations contained in Paragraphs 126 a through h of Plaintiff's Complaint

127. Defendant denies the allegations contained in Paragraphs 127 a through l of Plaintiff's Complaint.

128. Defendant denies the allegations contained in Paragraph 128 of Plaintiff's Complaint.

**COUNT FOUR:     PROMISSORY ESTOPPEL**

Defendant repeats its responses to Paragraphs 1 through 57 of Plaintiff's Complaint and incorporates the same as if fully set forth herein.

129. Defendant denies the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130. Defendant denies the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131. Defendant denies the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132. Defendant denies the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133. Defendant denies the allegations contained in Paragraph 133 of Plaintiff's Complaint.

134. Defendant denies the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135. Defendant denies the allegations contained in Paragraph 135 of Plaintiff's Complaint.

136. Defendant denies the allegations contained in Paragraph 136 of Plaintiff's Complaint.

137. Defendant denies the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138. Defendant denies the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139. Defendant denies the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140. Defendant denies the allegations contained in Paragraph 140 of Plaintiff's Complaint.

141. Defendant denies the allegations contained in Paragraph 141 of Plaintiff's Complaint.

**COUNT FIVE:    NEGLIGENT MISREPRESENTATION**

Defendant repeats its responses to Paragraphs 1 through 57 of Plaintiff's Complaint and incorporates the same as if fully set forth herein.

142. Defendant denies the allegations contained in Paragraphs 142 a through c of Plaintiff's Complaint.

143. Defendant denies the allegations contained in Paragraph 143 of Plaintiff's Complaint.

144. Defendant denies the allegations contained in Paragraph 144 of Plaintiff's Complaint.

145. Defendant denies the allegations contained in Paragraph 145 of Plaintiff's Complaint.

146. Defendant denies the allegations contained in Paragraph 146 of Plaintiff's Complaint.

147. Defendant denies the allegations contained in Paragraph 147 of Plaintiff's Complaint.

148. Defendant denies the allegations contained in Paragraph 148 of Plaintiff's Complaint.

149. Defendant denies the allegations contained in Paragraph 149 of Plaintiff's Complaint.

150. Defendant denies the allegations contained in Paragraph 150 of Plaintiff's Complaint.

151. Defendant denies the allegations contained in Paragraph 151 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state any claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Without conceding the Plaintiff has suffered any damages as a result of any purportedly wrongful acts of Defendant, the Plaintiff has failed to mitigate his damages.

DEFENDANT,
PERKINELMER INSTRUMENTS, NOW
KNOWN AS PERKINELMER LAS, INC.,

By _____
Felix J. Springer (ct 05700)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys

- 20 -

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 30th day of October, 2003, via first class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525

                                                                               _____

                                                                                   Sarah Moore Fass