FILED

2004 FEB -6  P 12: 11

US DISTRICT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |
| | : FEBRUARY 5, 2004 |

## DEFENDANT'S MOTION TO STRIKE COUNTS THREE, FOUR AND FIVE OF PLAINTIFF'S COMPLAINT

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37(a)(2) of the Local Rules of the District of Connecticut, the Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant" or "PE"), hereby moves this Court to strike three counts of the Plaintiff's Complaint. As set forth more fully in the accompanying memorandum of law and supporting affidavit, on November 4, 2003, Plaintiff's counsel, Eugene Axelrod, was more than two hours late to his client's scheduled deposition. Not surprisingly, Defendant was unable to complete the Plaintiff's deposition on that day. Since then, Defendant diligently has sought to schedule and complete Plaintiff's deposition. To that end, Defendant has noticed Plaintiff's deposition no less than three times and has offered Attorney Axelrod ten

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

71217274_1.DOC 070860-00040

different dates between November 4, 2003 and January 30, 2004 for the completion of Plaintiff's deposition. On every occasion, however, Attorney Axelrod has either failed to respond to Defendant's counsel's proposed dates, has claimed to be unavailable, or, most recently, has simply failed to attend a properly noticed deposition. Given Attorney Axelrod's obstructionist conduct, Defendant has been precluded from obtaining discovery on three counts of Plaintiff's five count complaint -- breach of implied contract, negligent misrepresentation and promissory estoppel. As such, Defendant now moves for an Order from this Court striking those counts from Plaintiff's Complaint, and an Order closing the Plaintiff's deposition. In the alternative, Defendant requests that this Court issue an Order compelling Plaintiff's and his counsel's attendance at the completion of the Plaintiff's deposition. Defendant also seeks reimbursement of the attorney's fees it incurred as a result of Plaintiff's improper conduct.

Respectfully Submitted,

DEFENDANT,
PERKINELMER INSTRUMENTS, NOW
KNOWN AS PERKINELMER LAS, INC.,

By _____
　　　Felix J. Springer (ct 05700)
　　　Sarah Moore Fass (ct 18313)
　　　Day, Berry & Howard LLP
　　　One Canterbury Green
　　　Stamford, Connecticut 06901-2047
　　　(203) 977-7300
　　　Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 5th day of February, 2004, via first class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

_____
Sarah Moore Fass