# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

November 20, 2003

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

Re:   Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

This is to confirm that we have scheduled a telephone conference regarding the parties' objections to discovery requests on December 2, 2003 at 10:30. I will initiate the call.

This will also confirm that we have agreed to continue Mr. Arthur's deposition on December 30, 2003 at 1:00 p.m. in our Stamford office. I will be forwarding a deposition notice shortly.

Very truly yours,

Sarah Moore Fass

SMF/jc
cc:   Felix J. Springer, Esq.