UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : NOVEMBER 21, 2003 |

**NOTICE TO TAKE THE CONTINUED ORAL
AND VIDEOTAPED DEPOSITION OF LAWRENCE ARTHUR**

PLEASE TAKE NOTICE pursuant to Fed. R. Civ. P. 30, Defendant, PerkinElmer Instruments, will take the continued oral deposition of Lawrence Arthur on Tuesday, December 30, 2003 at 1:00 p.m. at the law offices of Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901. The deposition will be recorded by a certified stenographic reporter and will be recorded by sound and video camera. The deposition will continue from day-to-day until completed.

Counsel is invited to attend the deposition and/or cross-examine the deponent.

Respectfully submitted,

DEFENDANT,
PERKINELMER INSTRUMENTS,

By _____
Felix J. Springer (ct 05700)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 21st day of November, 2003, via regular mail, postage prepaid, to:

> Eugene N. Axelrod, Esq.
> The Employment Law Group
> 8 Lunar Drive
> Woodbridge, CT  06525

*Sarah Moore Rass*