# The Employment Law Group llc
### 8 Lunar Drive
### Woodbridge, CT 06525
WWW.EMPLOYMENTLAWGROUP.COM

Eugene N. Axelrod, Esq.　　　　　　　　　　　　　　　Ph: 203.389.6526
Admitted in New York and Connecticut　　　　　　　　 Fx: 203.389.2656

EAXELROD@EMPLOYMENTLAWGROUP.COM

　　　　　　　　　　　　　Via: Facsimile & First Class Mail

　　　　　　　　　　　　　December 15, 2003

Sara Moore Fass, Esq.
Day, Berry, & Howard, LLP
One Canterbury Green
Stamford CT 06901

Re:　**Lawrence Arthur v. PerkinElmer Instruments**
　　　**Civil Action No. 3:03CV00427 (JCH)**

Dear Attorney Fass:

Kindly be advised the plaintiff will not be available for the second day of deposition on December 30, 2003. You may recall that I previously informed you that the choice of the afternoon of December 30, 2003 was not necessarily an acceptable date. I will be pleased to work with you on an acceptable date as well as conclusion of other outstanding issues relating to discovery.

Sincerely,
The Employment Law Group, LLC

Eugene N. Axelrod, Esq.

cc.: L. Arthur

M:Cases/Arthur/ contd depo



RECEIVED DEC 18 2003