# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

December 22, 2003

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

Re:  Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

We would like to reschedule the continued deposition of your client. We are available on either January 13, January 15 or January 16. Please let me know, prior to the end of the year, which date is most convenient for you and your client.

Very truly yours,

Sarah Moore Fass

SMF/jc
cc:  Felix J. Springer, Esq.