# THE EMPLOYMENT LAW GROUP, LLC
## 8 LUNAR DRIVE
## WOODBRIDGE, CT 06525
*www.employmentlawgroup.com*

EUGENE N. AXELROD
ATTORNEY AT LAW

PH: 203.389.6526
Fx: 203.389-2656

Via: First Class Mail

December 23, 2003

Day, Berry & Howard
Sarah Moore Fass, Esq.
One Canterbury Green
Stamford, CT 06901-2047

RE:   **Arthur v. Perkinelmer Instruments**
      **3:03CV00427 (JCH)**

Dear Attorney Fass:

     Unfortunately I am unable to commit to either January 14, 15, or 16 for the continued deposition of my client as I am expecting to be picking a jury on January 9th, 2003. This will render me unable to proceed with the deposition on any of said dates. With this in mind, please provide further dates that you are available to take the further deposition of my client.

Sincerely,
The Employment Law Group, LLC.

Eugene N. Axelrod
Attorney at Law



DEC 29 2003

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

December 29, 2003

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

    Re:    Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

    We are in receipt of your letter dated December 23, 2003 in which you state that you are unavailable on all of the dates proposed by Defendant for the completion of your client's deposition. As you know, discovery closes in this matter on February 9, 2004. Accordingly, it is imperative that we agree to a date certain to finish your client's deposition.

    Please let me know whether you and your client are available on January 20, January 23 or January 30, 2004 for the completion of your client's deposition by no later than January 6, 2004. As we have previously discussed, the deposition will take place in our office in Stamford, Connecticut and will take less than a full day.

    Thank you.

Very truly yours,

Sarah Moore Fass

SMF/jc
cc:    Felix J. Springer, Esq.

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

January 13, 2004

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

    Re:    Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

    We have not heard back from you with regard to our letter dated December 29, 2003 providing you with three proposed deposition dates. Accordingly, we have noticed the deposition for January 23, 2004 at 1:00 p.m. at our office in Stamford, Connecticut. Enclosed is the notice of continued deposition.

    Please feel free to contact me if you need directions to our Stamford office. I look forward to seeing you on January 23, 2004.

Very truly yours,

*(signature)*

Sarah Moore Fass

SMF/jc
cc:    Felix J. Springer, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : JANUARY 13, 2004 |

### NOTICE TO TAKE THE CONTINUED ORAL
### AND VIDEOTAPED DEPOSITION OF LAWRENCE ARTHUR

PLEASE TAKE NOTICE pursuant to Fed. R. Civ. P. 30, Defendant, PerkinElmer Instruments, will take the continued oral deposition of Lawrence Arthur on Friday, January 23, 2004 at 1:00 p.m. at the law offices of Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901. The deposition will be recorded by a certified stenographic reporter and will be recorded by sound and video camera. The deposition will continue from day-to-day until completed.

Counsel is invited to attend the deposition and/or cross-examine the deponent.

Respectfully submitted,

DEFENDANT,
PERKINELMER INSTRUMENTS,

By _____
Felix J. Springer (ct 05700)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 13th day of January, 2004, via regular mail, postage prepaid, to:

>Eugene N. Axelrod, Esq.
>The Employment Law Group
>8 Lunar Drive
>Woodbridge, CT  06525

_____
Sarah Moore Fass

# THE EMPLOYMENT LAW GROUP, LLC
## 8 LUNAR DRIVE
## WOODBRIDGE, CT 06525
www.employmentlawgroup.com

EUGENE AXELROD,                                            PH: 203.389.6526
ATTORNEY                                                   FX: 203.389.2656

Via: Facsimile

January 16, 2004

Day, Berry & Howard
Sarah Moore Fass, Esq.
Felix J. Springer, Esq.
One Canterbury Green
Stamford, CT 06901-2047

RE:     **Arthur v. Perkin Elmer Instruments**
        **3:03CV00427 (JCH)**

Dear Attorney Fass & Springer:

I regret to inform you that Mr. Arthur's scheduled deposition for Friday, January 23, 2004 cannot take place. Due to a separate, court mandated deposition, I will be unavailable at that time. Pease call me to set up an alternate date. Kindly note that I deeply regret this occurrence.

Sincerely,

Eugene Axelrod

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : JANUARY 21, 2004 |

## NOTICE TO TAKE THE CONTINUED ORAL AND VIDEOTAPED DEPOSITION OF LAWRENCE ARTHUR

PLEASE TAKE NOTICE pursuant to Fed. R. Civ. P. 30, Defendant, PerkinElmer Instruments, will take the continued oral deposition of Lawrence Arthur on Friday, January 30, 2004 at 1:00 p.m. at the law offices of Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901. The deposition will be recorded by a certified stenographic reporter and will be recorded by sound and video camera. The deposition will continue from day-to-day until completed.

Counsel is invited to attend the deposition and/or cross-examine the deponent.

Respectfully submitted,

DEFENDANT,
PERKINELMER INSTRUMENTS,

By _____
Felix J. Springer (ct 05700)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 21st day of January, 2004, via facsimile and regular mail, postage prepaid, to:

> Eugene N. Axelrod, Esq.
> The Employment Law Group
> 8 Lunar Drive
> Woodbridge, CT 06525

_____
Sarah Moore Fass

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

January 21, 2004

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

    Re:    Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

    We are in receipt of your letter dated January 16, 2004 stating that you are not available on January 23, 2004 for Mr. Arthur's continued deposition. Therefore, we would like to re-schedule Mr. Arthur's deposition for January 30, 2004 at 1:00 p.m. at our office in Stamford, Connecticut. Enclosed is the notice of continued deposition.

    Please confirm your availability for this deposition by no later than Friday, January 23, 2004. If we do not hear from you by then, we plan to file a motion to compel your client's attendance at this deposition.

    Please feel free to contact me if you need directions to our Stamford office.

                          Very truly yours,

                          Sarah Moore Fass

SMF/jc
cc:    Felix J. Springer, Esq.