UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |
| | : FEBRUARY 5, 2004 |

**AFFIDAVIT OF SARAH MOORE FASS IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE COUNTS THREE, FOUR AND FIVE OF PLAINTIFF'S COMPLAINT**

Sarah Moore Fass, being duly sworn, hereby disposes and says:

1. I am over the age of 18 years and believe in the obligations of an oath.

2. I am employed by the law firm of Day, Barry & Howard, LLP, and we represent the Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant") in the above-captioned action.

3. I have diligently attempted to schedule the completion of Plaintiff's deposition on numerous occasions.

4. On February 4, 2004, I telephoned Attorney Axelrod to discuss this motion prior to filing it with the Court. As in the past, Attorney Axelrod refused to take my

71217268_1.DOC  070860-00040

        telephone call, despite the fact that he was in the office. I left Attorney Axelrod a message with his assistant requesting that Attorney Axelrod return my call. As of the filing of this affidavit, Attorney Axelrod has not returned my call.

5. Pursuant to Rule 37(a)(2) of the Local Rules of this Court, I attempted to confer with opposing counsel in a good faith effort to eliminate or reduce the area of controversy prior to filing the accompanying motion to strike counts three, four and five of Plaintiff's Complaint with the Court.

6. Nonetheless, I have been unable to resolve this discovery dispute without this Court's intervention.

7. An accounting of the attorney's fees incurred by Defendant in the preparation of this motion and my repeated attempts to schedule the completion of Plaintiff's deposition is attached hereto as Exhibit A.

_____
Sarah Moore Fass

Subscribed and Sworn to before
me this 5th day of February 2004.

_____
~~Notary Public~~
Commissioner of the Superior Court
My Commission Expires: