# Day, Berry & Howard LLP
COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New York  Stamford  *www.dbh.com*

PERKINELMER LIFE AND ANALYTICAL SCIENCES
KRISTINA F. KEEGAN, ESQUIRE
LEGAL DEPARTMENT
710 BRIDGEPORT AVENUE
SHELTON, CT  06484-4794

February 5, 2004

RE:   070860 - 00040  LAWRENCE ARTHUR V. PERKINELMER INSTRUMENTS

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 4,680.00 |
| **Current Balance Invoice # 33292614** | **$ 4,680.00** |

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New York  Stamford  *www.dbh.com*

PERKINELMER LIFE AND ANALYTICAL SCIENCES
KRISTINA F. KEEGAN, ESQUIRE
LEGAL DEPARTMENT
710 BRIDGEPORT AVENUE
SHELTON, CT 06484-4794

February 5, 2004
Invoice: 33292614

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through February 5, 2004, including:

**LAWRENCE ARTHUR V. PERKINELMER INSTRUMENTS  (070860-00040)**

| Date | Description | Name | Hours |
|---|---|---|---|
| 01/13/2004 | Prepare notice of deposition and letter to E. Axelrod; telephone conference with K. Keegan and F. Springer regarding same | Fass, S | 0.4 |
| 01/13/2004 | Conference with S. M. Fass regarding continued depositions and strategy | Springer, F | 0.2 |
| 01/16/2004 | Prepare letter to E. Axelrod regarding plaintiff's deposition; review letter from E. Axelrod regarding same | Fass, S | 0.4 |
| 01/20/2004 | Prepare letter to E. Axelrod regarding re-scheduling of deposition; correspondence with K. Keegan regarding same | Fass, S | 0.4 |
| 01/27/2004 | Correspondence to E. Axelrod regarding plaintiff's deposition | Fass, S | 0.2 |
| 01/29/2004 | Telephone conferences with E. Axelrod's office and K. Keegan regarding plaintiff's deposition and scheduling issues; plan motion to compel; conference with K. Gage regarding strategy for motion to compel | Fass, S | 0.9 |
| 01/29/2004 | Advice to S. Fass regarding strategy for order to show cause/motion to compel | Gage, K | 0.4 |
| 02/03/2004 | Prepare motion to strike three counts of complaint; research Connecticut caselaw regarding Rule 37 sanctions; review correspondence with E. Axelrod regarding scheduling of plaintiff's deposition | Fass, S | 5.3 |

Day, Berry & Howard LLP

Invoice: 33292614

Page: 2

| Date | Description | Name | Hours |
|---|---|---|---|
| 02/03/2004 | Conference with S. Fass regarding motion to compel and strategy | Springer, F | 0.2 |
| 02/04/2004 | Prepare motion to strike three counts of complaint; prepare affidavit in support of same; conference with F. Springer regarding same; prepare exhibits and prepare for filing | Fass, S | 6.8 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Felix J Springer | Partner | 0.4 | $ 370 | $ 148.00 |
| Kenneth W Gage | Partner | 0.4 | 350 | 140.00 |
| Sarah Moore Fass | Associate | 14.4 | 305 | 4,392.00 |
| **Total** | | 15.2 | | $ 4,680.00 |

Total For Professional Services Rendered      4,680.00

**Total Bill**      $ 4,680.00