UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE ARTHUR, | : | CIVIL ACTION NO. 3:03CV00427 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PERKINELMER INSTRUMENTS, | : | |
| | : | |
| Defendant. | : | |
| | : | FEBRUARY 20, 2004 |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an extension of time in which to file a dispositive motion. Specifically, Defendant requests an extension of time of sixty (60) days from the date of the Court's ruling on Defendant's Motion to Strike Counts Three, Four and Five of Plaintiff's Complaint. Defendant has good cause for filing this motion for an extension of time for the reasons set forth below:

1. On or about March 11, 2003, Plaintiff filed the present action.

2. Discovery closed on February 9, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

-2-

3. Despite diligent efforts, Defendant was unable to schedule the completion of Plaintiff's deposition prior to the expiration of the discovery period. On February 5, 2004, Defendant filed a Motion to Strike Counts Three, Four and Five of the Plaintiff's Complaint based upon Plaintiff's refusal to attend the completion of his deposition. That motion is currently pending before the Court.

4. Pursuant to the Report of Parties' Planning Meeting dated March 19, 2003, dispositive motions are currently due by March 31, 2004.

5. Defendant will be unable to prepare its dispositive motion without the benefit of the Court's ruling on the pending Motion to Strike.

6. This is Defendant's first motion for an extension of time to file a dispositive motion.

7. On February 20, 2004, Defendant's Attorney, Sarah Moore Fass, attempted to contact Plaintiff's Attorney, Eugene Axelrod, to discuss this motion for extension of time. Attorney Axelrod was not available to discuss his position on this motion, and he has not yet returned Attorney Fass' call.

-3-

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for the filing of dispositive motions to 60 days after the Court's ruling on Defendant's Motion to Strike.

        DEFENDANT,
        PERKINELMER INSTRUMENTS,


By _____
    Felix J. Springer (ct 05700)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300
    Its Attorneys

-4-

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 20th day of February, 2004, via first class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
Tanya A. Wolanic, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525

_____
Sarah Moore Fass