FILED

2004 FEB 23  A 9: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

03CV427 NEXTIME

LAWRENCE ARTHUR,                    : CIVIL ACTION NO. 3:03CV00427 (JCH)

                Plaintiff,           :

v.                                   :

PERKINELMER INSTRUMENTS,             :

                Defendant.           :

                                     : FEBRUARY 20, 2004

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as

PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an

extension of time in which to file a dispositive motion. Specifically, Defendant requests an

extension of time of sixty (60) days from the date of the Court's ruling on Defendant's Motion to

Strike Counts Three, Four and Five of Plaintiff's Complaint. Defendant has good cause for filing

this motion for an extension of time for the reasons set forth below:

1.      On or about March 11, 2003, Plaintiff filed the present action.

2.      Discovery closed on February 9, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**