UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| **LAWRENCE ARTHUR**<br>**Plaintiff** | CIVIL ACTION NO.<br>3:03CV00427 (JCH) |
| v. | |
| **PERKINELMER INSTRUMENTS**<br>**Defendant** | February 26, 2004 |

2004 FEB 26  P 3:40

US D...

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE COUNTS THREE, FOUR AND FIVE

Pursuant to Fed. R. Civ. P 6(b) the Plaintiff, Lawrence Arthur, respectfully requests that the court allow an Enlargement of Time of thirty (30) days up to and including March 27, 2004 in order for the Plaintiff to file a Memorandum in Opposition to Defendant's Motion to Strike dated February 5, 2004. This is the Plaintiff's first request for an enlargement.

### Procedural Background

1. The Plaintiff commenced this action on March 11, 2003 and served the Defendant on March 20, 2003, with a 60-day waiver of service form.

2. The Plaintiff filed a Report of Parties on May 21, 2003 in accordance with Fed. R. Civ. P. 26(f).

3. The Defendant's motion is significant, severely impacting the Plaintiff's case and which requires due diligence and research and an appropriate to the Motion to Strike.

4. The Plaintiff requests time in order to adequately prepare his opposition memorandum to the Defendant's Motion to Strike.

5. The Defendant's Motion to Strike is not directed at the merits of the claims, but instead is founded upon procedural issues.

6. Counsel for the Plaintiff has inquired of opposing counsel, Sarah Moore Fass, who has indicated that she objects to this motion.

7. This is the Plaintiff's first request for an Enlargement in order to respond to the Defendant's motion.

THE PLAINTIFF,
LAWRENCE ARTHUR

By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via First Class Mail, postage pre-paid this 26th day of February to the following counsel of record:

Sarah Moore Fass
Day, Berry & Howard, LLP
One Canterbury Green
Stamford CT 06901-2047

_____
Eugene N. Axelrod