UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE ARTHUR | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-427 (JCH) |
| | : | |
| PERKINELMER INSTRUMENTS | : | MARCH 2, 2004 |
|     Defendant | : | |

## ORDER

On February 26, 2004, the court entered an endorsement order (Dkt. No. 24) to defendant's Motion for an Extension of Time (Dkt. No. 23). The court hereby vacates that Order on the ground that the court misunderstood the relief sought. The motion (Dkt. No. 23) is hereby granted.

Further, plaintiff filed a Motion for Enlargement of Time (Dkt. No. 25) to oppose the plaintiff's Motion to Strike for 30 days. The court denies that motion, but does grant plaintiff until March 10, 2004 to file his opposition.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 2nd day of March, 2004.

                                                        /s/ Janet C. Hall
                                                       Janet C. Hall
                                                       United States District Judge