UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
03cv427 NEXTIME
2004 MAR 17 P 1:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| **LAWRENCE ARTHUR** | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03CV00427 (JCH) |
| | : | |
| v. | : | |
| | : | |
| **PERKINELMER INSTRUMENTS** | : | March 15, 2004 |
| Defendant | : | |

### MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY, NUNC PRO TUNC

Pursuant to Local Rule 7(b) the Plaintiff Lawrence Arthur hereby respectfully moves for an Enlargement of Time of two (2) months after the Court's decision regarding the Defendant's Motion to Strike in order to complete discovery. This enlargement is necessary for the parties to resolve their discovery disputes and to hold oral depositions. Depositions were unable to be completed during the discovery period due to the Defendant's refusal to resolve outstanding discovery issues which resulted in the postponement of the Plaintiff's deposition. (See attached Opposition to Defendant's Motion to Strike without attached exhibits)

This is the first request for an enlargement of the discovery period. Counsel for the Plaintiff has contacted Counsel for the Defendant Sarah Moore Fass, Esq. who stated that she would not consider an enlargement until after the court ruled upon her Motion to Strike.

The Plaintiff,
Lawrence Arthur

By: _____
Eugene N. Axelrod, Esq.

1

> The Employment Law Group, LLC
> 8 Lunar Drive
> Woodbridge CT 06525
> Tel: (203) 389-6526
> Fax: (203) 389-2656
> Fed. Bar No. ct 00309

2