```
                             Extension Analysis: 7565                    Page:
From: 11/01 to 02/29                                                     03/23/04

!UNASSIGNED                              Name: UNASSIGNED,
   DIVISION----: !UNASSIGNED            Title:
   DEPARTMENT--: !UNASSIGNED             Room :
   LOCATION----:                        Comment:

Date   Time    No. Called      Cd  Destination    Trunk    Length   Cost    Alert Code
-----  -----   --------------      -------------  -------  -------  ------  ----------


11/11  09:48   203 389 2991-12     NEW HAVEN   CT 113         1.1    0.18
```