## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |

MARCH 24, 2004

### AFFIDAVIT OF SARAH MOORE FASS IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE COUNTS THREE, FOUR AND FIVE OF PLAINTIFF'S COMPLAINT

Sarah Moore Fass, being duly sworn, hereby disposes and says:

1. I am over the age of 18 years and believe in the obligations of an oath.

2. I am employed by the law firm of Day, Barry & Howard, LLP, and we represent the Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant") in the above-captioned action.

3. On October 17, I submitted Defendant's objections and responses to Plaintiff's discovery requests, and produced four hundred and thirteen (413) pages of material.

4. After receiving a letter from Attorney Axelrod on November 10 regarding Defendant's discovery issues, the next day, I telephoned Attorney Axelrod. I was told that Attorney Axelrod was not available and I left a message.

5. After not hearing back from Attorney Axelrod, on November 12, 2003, I wrote to Attorney Axelrod again offering to discuss Defendant's discovery issues, and the production of a privilege log.

6. Attorney Axelrod and myself agreed to have a telephone conference on December 2, 2003 to discuss outstanding discovery disputes, and his request for a privilege log. On November 20, 2003, I wrote to Attorney Axelrod confirming our December 2, 2003 telephone conference.

7. On December 1, 2003, I called Attorney Axelrod. During that conversation, we agreed to reschedule the telephone call to December 4, 2003 at 4:00. As agreed, on December 4, 2003 at 4:00, my assistant telephoned Attorney Axelrod to initiate our telephone conference. She was informed that Attorney Axelrod was unavailable for the planned telephone call.

8. On December 12, 2003, I wrote to Attorney Axelrod again offering to discuss Plaintiff's discovery disputes, and to narrow the requests so that a privilege log could be produced.

9. During the course of this litigation, I have promptly returned the very few telephone calls Attorney Axelrod made to me.

10. An accounting of the attorneys' fees incurred by Defendant in the preparation of this reply brief is attached hereto as Tab 1.

I have read the forgoing statements and they are true and accurate to the best of my knowledge and belief.

Sarah Moore Fass

Subscribed and Sworn to before
me this 24th day of March 2004.

Notary Public
Commissioner of the Superior Court
My Commission Expires: