# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

November 13, 2003

**VIA FACSIMILE & REGULAR MAIL**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

    Re:    Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

    We are in receipt of your letters dated November 10, 2003. I telephoned you on Tuesday, November 11, 2003 and left a message with your assistant to set up a time to discuss the discovery issues, but I have not yet heard back from you. Please contact me at your earliest convenience so that we can arrange a telephone conference.

    Also, I have left you several messages attempting to schedule the continuation of Mr. Arthur's deposition. We are available on November 18, 2003 or November 21, 2003. Please let me know what date you and your client are available.

Very truly yours,

Sarah Moore Fass

SMF/jc
cc:    Felix J. Springer, Esq.

One Canterbury Green | Stamford, CT 06901 | t 203 977 7300 f 203 977 7301
Boston  Greenwich  Hartford  New York  Stamford  www.dbh.com