```
                         Extension Analysis: 7563              Page:   11
From: 11/01 to 02/29                                           03/23/04

!UNASSIGNED                             Name: UNASSIGNED,
   DIVISION----: !UNASSIGNED           Title:
   DEPARTMENT--: !UNASSIGNED            Room :
   LOCATION----:                      Comment:

Date   Time    No. Called     Cd  Destination   Trunk    Length    Cost    Alert Code
-----  -----  ------------------  -------------  ------  -------  -------  ----------


12/01  10:42   203 389 2991-12  NEW HAVEN  CT   122       3.0     0.27
```