```
                              Fass.txt
                       Extension Analysis: 7394                    Page:    1
From: 12/04 to 12/05                                               03/23/04
!UNASSIGNED                            Name: UNASSIGNED,
   DIVISION----: !UNASSIGNED           Title:
   DEPARTMENT--: !UNASSIGNED           Room :
   LOCATION----:                       Comment:

Date   Time    No. Called     Cd  Destination   Trunk    Length    Cost   Alert Code
-----  -----   --------------     -------------  --------  -------  --------  ----------




12/04  15:58   203 389 2991-12    NEW HAVEN CT   118       2.5      0.27


                    * * * * * *  G R A N D   T O T A L S  * * * * * *
                                       Page 1
```