# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Sarah Moore Fass
Direct Dial: (203) 977-7563
E-mail: smfass@dbh.com

December 12, 2003

**VIA FACSIMILE**

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525

    Re:    Lawrence Arthur v. Perkin-Elmer Instruments

Dear Eugene:

    I am writing to follow up on the telephone conference we had scheduled for December 4 regarding outstanding discovery disputes. As you know, the conference was scheduled for December 4, 2003 at 4:00, and I telephoned you at that time. Our office was informed by your assistant that you were unavailable and that you would get back to us to reschedule. Since that time, I have not heard back from you. Please let me know at your earliest convenience when you would like to schedule a telephone conference to discuss our discovery disputes.

    As you know, we are planning to proceed with the completion of Mr. Arthur's deposition on December 30, 2003 in our Stamford office.

    I look forward to hearing from you.

Very truly yours,

Sarah Moore Fass

SMF/jc
cc:    Felix J. Springer, Esq.