# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Boston  Greenwich  Hartford  New York  Stamford   *www.dbh.com*

PERKINELMER LIFE AND ANALYTICAL SCIENCES
KRISTINA F. KEEGAN, ESQUIRE
LEGAL DEPARTMENT
710 BRIDGEPORT AVENUE
SHELTON, CT 06484-4794

March 24, 2004

RE:   070860 - 00040  LAWRENCE ARTHUR V. PERKINELMER INSTRUMENTS

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 5,873.00 |
| **Current Balance Invoice # 33297317** | **$ 5,873.00** |

# Day, Berry & Howard LLP
COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New York  Stamford   www.dbh.com

PERKINELMER LIFE AND ANALYTICAL SCIENCES
KRISTINA F. KEEGAN, ESQUIRE
LEGAL DEPARTMENT
710 BRIDGEPORT AVENUE
SHELTON, CT 06484-4794

March 24, 2004
Invoice: 33297317

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through March 24, 2004, including:

**LAWRENCE ARTHUR V. PERKINELMER INSTRUMENTS (070860-00040)**

| Date | Description | Name | Hours |
| --- | --- | --- | --- |
| 03/16/2004 | Telephone conference with K. Keegan regarding opposition to motion to strike and preparation of reply brief | Fass, S | 0.2 |
| 03/17/2004 | Conference w/ S.M. Fass regarding reply brief for motion to strike; review case file | Costantini, R | 1.0 |
| 03/18/2004 | Review facts and previous pleadings in the case; draft reply brief for motion to strike | Costantini, R | 2.0 |
| 03/18/2004 | Conference with R. Costantini regarding reply brief in support of motion to strike | Fass, S | 0.2 |
| 03/19/2004 | Draft reply brief for motion to strike Plaintiff's common law claims | Costantini, R | 2.0 |
| 03/19/2004 | Speak with R. Costantini regarding review of documents; attention to search of all client documents not previously produced | Zelesnick, A | 1.7 |
| 03/21/2004 | Draft reply brief for motion to strike Plaintiff's common law claims | Costantini, R | 2.0 |
| 03/21/2004 | Review briefs | Springer, F | 0.3 |
| 03/22/2004 | Draft reply brief for motion to strike Plaintiff's common law claims | Costantini, R | 5.1 |
| 03/22/2004 | Prepare reply brief in support of motion to strike; study plaintiff's opposition; review caselaw regarding same | Fass, S | 4.1 |

Day, Berry & Howard LLP                                       Invoice: 33297317
                                                                      Page: 2

| Date | Description | Name | Hours |
|---|---|---|---|
| 03/22/2004 | Further review of opposition to motion to strike count three; conference with S. Fass regarding reply | Springer, F | 0.5 |
| 03/23/2004 | Prepare reply brief in support of motion to strike three counts of complaint; conference with K. Keegan regarding same; research Connecticut law regarding Rule 37(d); prepare affidavit in support of reply brief | Fass, S | 4.9 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Felix J Springer | Partner | 0.8 | $ 370 | $ 296.00 |
| Sarah Moore Fass | Associate | 9.4 | 305 | 2,867.00 |
| Ryan D Costantini | Associate | 12.1 | 205 | 2,480.50 |
| Arlene Zelesnick | Paralegal | 1.7 | 135 | 229.50 |
| **Total** | | 24.0 | | $ 5,873.00 |

|  |  |
|---|---|
| Total For Professional Services Rendered | 5,873.00 |
| **Total Bill** | $ 5,873.00 |