UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -5 P 3: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LAWRENCE ARTHUR<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO.<br>: 3-03-cv-427-(JCH) |
| PERKINELMER INSTRUMENTS<br>Defendant | :<br>: APRIL 5, 2004 |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A ruling on the following motion which is currently pending (orefm.):

√ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of April, 2004.

Janet C. Hall
United States District Judge