3/25/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN-PERSON STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

APRIL ~~1~~ 6, 2004

11:30 a.m.

STATUS CONFERENCE HELD
Date: 4/5/04

**CASE NO. 3-03-cv-427 (JCH) Lawrence Arthur v. Perkinelmer Instruments**

*PER ORDER OF JUDGE HALL:
Atty. Axelrod is to appear in Judge Hall's chambers on the above date; no one else from that firm should appear to cover this status conference

Eugene Axelrod
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

Sarah Moore Fass
Felix Springer
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

#28 granted to 5-15
#21 deny