**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAWRENCE ARTHUR, | : | CIVIL ACTION NO. 3:03CV00427 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PERKINELMER INSTRUMENTS, | : | |
| | : | |
| Defendant. | : | |
| | : | APRIL 16, 2004 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF**
**TIME TO FILE A DISPOSITIVE MOTION**

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as

PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an

extension of time in which to file a dispositive motion.  Specifically, Defendant requests an

extension of time of sixty-one (61) days from the date of the Settlement Conference before

Magistrate Judge Holly B. Fitzsimmons scheduled for June 30, 2004.  Defendant has good cause

for filing this motion for an extension of time for the reasons set forth below:

1.      On or about March 11, 2003, Plaintiff filed the present action.

2.      Discovery is scheduled to close on May 15, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3.    The dispositive motions are currently due by June 6, 2004.

4.    The Court has scheduled the Settlement Conference for June 30, 2004.

5.    Defendant would like the opportunity to participate in the Settlement Conference prior to expending resources to prepare a dispositive motion.

6.    This is Defendant's second motion for an extension of time to file a dispositive motion.

7.    On April 16, 2004, Defendant's Attorney, Sarah Moore Fass, contacted Plaintiff's Attorney, Eugene Axelrod, to discuss this motion for extension of time. Attorney Axelrod consents to the granting of this motion.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for the filing of dispositive motions up to and including Monday, August 30, 2004.

DEFENDANT,
PERKINELMER INSTRUMENTS,


By _____
    Felix J. Springer (ct 05700)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300
    Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 16th day of April, 2004, via first class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
Tanya A. Wolanic, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525

_____
Sarah Moore Fass