**FILED**

2004 APR 19  A 9: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

35

MOTION GRANTED. to 8/1/04
SO ORDERED

FILED 4/23/04

2004 APR 26 A II:
Jan C. Hall, USDJ
U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |
| | : APRIL 16, 2004 |

### DEFENDANT'S MOTION FOR AN EXTENSION OF
### TIME TO FILE A DISPOSITIVE MOTION

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an extension of time in which to file a dispositive motion. Specifically, Defendant requests an extension of time of sixty-one (61) days from the date of the Settlement Conference before Magistrate Judge Holly B. Fitzsimmons scheduled for June 30, 2004. Defendant has good cause for filing this motion for an extension of time for the reasons set forth below:

1. On or about March 11, 2003, Plaintiff filed the present action.
2. Discovery is scheduled to close on May 15, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**