UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE ARTHUR, | : | CIVIL ACTION NO. 3:03CV00427 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PERKINELMER INSTRUMENTS, | : | |
| | : | |
| Defendant. | : | |
| | : | APRIL 29, 2004 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel of record on behalf of Defendant, PerkinElmer Instruments, in the above-entitled action.

Dated at Stamford, Connecticut this 29th day of April, 2004.

DEFENDANT,
PERKINELMER INSTRUMENTS,


By _____
Melissa L. Bellavia (ct 22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Telephone No. (203) 977-7300
Facsimile No.  (203) 977-7301
Email:  mlbellavia@dbh.com

Its Attorneys

**CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of April, 2004, via first class mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525

                                                                      Melissa L. Bellavia