UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |
| | : JUNE 29, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the local Rules of Civil Procedure, the undersigned attorney hereby moves to withdraw her appearance in the above-captioned case for the Defendant Perkinelmer Instruments ("Perkinelmer"). Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent Perkinelmer, and no hardship will be occasioned by this withdrawal.

The undersigned certifies that the defendant has been notified of this motion by certified mail.

DEFENDANT,
PERKINELMER INSTRUMENTS,

By_____
Melissa L. Bellavia (ct 22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Telephone No. (203) 977-7300
Facsimile No. (203) 977-7301
Email: mlbellavia@dbh.com

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of June, 2004, via certified mail, postage prepaid, to:

Eugene N. Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT  06525

Kristina F. Keegan, Esq.
Associate General Counsel
PerkinElmer, Inc.
Legal Department
710 Bridgeport Ave
Shelton, CT 06484-4794

 

                                                            _____
                                                            Melissa L. Bellavia