**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
|        Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
|        Defendant. | : |
| | : JULY 12, 2004 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF**
**TIME TO FILE A DISPOSITIVE MOTION**

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an extension of time in which to file a dispositive motion. Specifically, Defendant requests an extension of time of twenty (20) days, or until August 20, 2004. Defendant has good cause for filing this motion for an extension of time for the reasons set forth below:

1. On or about March 11, 2003, Plaintiff filed the present action.

2. The parties were scheduled to attend a settlement conference before Magistrate Judge Fitzsimmons on June 30, 2004. That settlement conference was rescheduled to July 15, 2004 at the request of the Plaintiff.

3. The Court recently again rescheduled the settlement conference for July 22, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. Dispositive motions are currently due by August 1, 2004.

5. Defendant would like the opportunity to participate in the settlement conference prior to expending resources to prepare a dispositive motion. Because the settlement conference has been rescheduled to July 22, 2004, Defendant now has a period of only 10 days to prepare its motion for summary judgment after the settlement conference.

6. This is Defendant's third motion for an extension of time to file a dispositive motion. The first motion for extension of time was necessary because discovery was extended at the request of the Plaintiff. The second motion for extension of time was necessary to allow Defendant to participate in the settlement conference (then scheduled for June 30) prior to incurring costs for the preparation of a dispositive motion.

7. On July 9, 2004, Defendant's Attorney, Sarah Moore Fass, contacted Plaintiff's Attorney, Eugene Axelrod, to discuss this motion for extension of time. As of the filing of this motion, Attorney Axelrod has not returned undersigned's telephone call.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for the filing of dispositive motions up to and including August 20, 2004.

        DEFENDANT,
        PERKINELMER INSTRUMENTS,


By_____
    Felix J. Springer (ct 05700)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300
    Its Attorneys

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 12th day of July, 2004, via first class mail, postage prepaid, to:

> Eugene N. Axelrod, Esq.
> Tanya A. Wolanic, Esq.
> The Employment Law Group
> 8 Lunar Drive
> Woodbridge, CT  06525

                                                 _____

                                                    Sarah Moore Fass