## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE ARTHUR, | : CIVIL ACTION NO. 3:03CV00427 (JCH) |
| Plaintiff, | : |
| v. | : |
| PERKINELMER INSTRUMENTS, | : |
| Defendant. | : |
| | : JULY 29, 2004 |

### DEFENDANT'S MOTION ON CONSENT FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Pursuant to Local Rule 9(b), Defendant, PerkinElmer Instruments, now known as PerkinElmer LAS, Inc. (hereinafter referred to as "Defendant"), respectfully moves for an extension of time in which to file a dispositive motion. Specifically, Defendant requests an extension of time of three weeks, or until September 10, 2004. Defendant has good cause for filing this motion for an extension of time for the reasons set forth below:

1. On or about March 11, 2003, Plaintiff filed the present action.

2. The parties were scheduled to attend a settlement conference before Magistrate Judge Fitzsimmons on June 30, 2004. That settlement conference was rescheduled to July 15, 2004 at the request of the Plaintiff. The Court rescheduled the settlement conference for July 22, 2004.

3. On July 21, 2004, Plaintiff again requested a postponement of the settlement conference. That request was granted, and the settlement conference is currently scheduled for August 4, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

71242345_1.DOC  070860-00040
July 29, 2004 3:23 PM

4. Dispositive motions are currently due by August 20, 2004.

5. Defendant would like the opportunity to participate in the settlement conference prior to expending significant resources to prepare a dispositive motion. Because the settlement conference has been rescheduled to August 4, 2004, Defendant now has a period of only 16 calendar days to prepare its motion for summary judgment after the settlement conference.

6. This is Defendant's fourth motion for an extension of time to file a dispositive motion. This latest motion was necessitated (again) by Plaintiff's request for a further postponement of the settlement conference.

7. On July 29, 2004, Defendant's Attorney, Sarah Moore Fass, contacted Plaintiff's Attorney, Eugene Axelrod, to discuss this motion for extension of time. Attorney Axelrod consents to the granting of this motion.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for the filing of dispositive motions up to and including September 10, 2004.

DEFENDANT,
PERKINELMER INSTRUMENTS,

By_____
Felix J. Springer (ct 05700)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of July, 2004, via first class mail, postage prepaid, to:

> Eugene N. Axelrod, Esq.
> Tanya A. Wolanic, Esq.
> The Employment Law Group
> 8 Lunar Drive
> Woodbridge, CT  06525

                                                    _____

                                                         Sarah Moore Fass