**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2004 AUG 24 A 10: 17
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| LAWRENCE ARTHUR, | : | CIVIL ACTION NO. |
| | : | 3:03CV00427 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PERKINELMER INSTRUMENTS | : | |
| | : | |
| Defendant. | : | August 13, 2004 |

### STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Lawrence Arthur by and through his attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

| THE PLAINTIFF: | THE DEFENDANT: |
|---|---|
| By: _____ | By: _____ |
| Eugene N. Axelrod, Esq. | Sara Moore Fass, Esq. |
| The Employment Law Group, LLC. | Day, Berry & Howard LLP |
| 8 Lunar Drive | One Canterbury Green |
| Woodbridge, CT 06525 | Stamford, CT 06901-2047 |
| 203-389-6526 | 203-977-7300 |
| Federal Bar No.: CT00309 | Federal Bar No.: ct18313 |